UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTUR GABRELYAN | Case No. 5:26-cv-00321-HDV-JDE |
| Petitioner, | ORDER ACCEPTING REPORT |
| v. | AND RECOMMENDATION OF UNITED STATES MAGISTRATE |
| PAMELA BONDI, et al., | JUDGE |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") filed by Artur Gabrelyan ("Petitioner"), the Court's Orders granting a temporary restraining order and preliminary injunction (Dkt. 6, 10), Response to Court's Order Re Joint Status of Compliance (Dkt. 12), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 14, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT: (1) Respondents are ordered to comply with the United States Constitution and all applicable federal laws, regulations, and procedures in any future immigration proceedings involving

Petitioner; and (2) Judgment shall be entered dismissing the Petition without prejudice as moot.

Dated: April 10, 2026

_____
HERNÁN D. VERA
United States District Judge