UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ARTUR GABRELYAN,<br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br>Respondents. | ) ) ) ) ) ) ) ) ) ) | Case No. 5:26-cv-00321-HDV-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: April 10, 2026

_____
HERNÁN D. VERA
United States District Judge